**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

SAID HASHIMY,

　　　　　　　　　　　　Petitioner,

v.

CHRISTOPHER LAROSE, Warden Otay
Mesa Detention Center, et al.,

　　　　　　　　　　　　Respondents.

Case No.:  26-cv-1100-BJC-BLM

**ORDER GRANTING PETITION FOR
WRIT OF HABEAS CORPUS
PURSUANT TO 8 U.S.C. § 2241**

On February 13, 2026, Petitioner Said Hashimy, proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On February 20, 2026, the Court appointed Federal Defenders of San Diego to represent Petitioner and issued a briefing schedule.  ECF No. 2.  On March 6, 2026, Petitioner filed an Amended Petition.  ECF No. 7.  On March 13, 2026, Respondents filed a Return.  ECF No. 8.

Petitioner is a citizen of Afghanistan who arrived at the United States border in October 2024. He has been detained at the Otay Mesa Detention Center since that time. On October 6, 2025, an immigration judge issued a final order of removal but granted Petitioner withholding of removal from Afghanistan. Petitioner contends that he should be released under *Zadvydas* because there is no "significant likelihood of removal in the

1

reasonably foreseeable future." *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).

Respondents concede that "attempts to identify a third country for Petitioner's removal have not been successful," and there is no likelihood that Petitioner will be removed in the reasonably foreseeable future. ECF No. 8. Therefore, Respondents acknowledge that "petitioner is entitled to be released from custody" as long as he is "subject to supervision under regulations prescribed by the Attorney General." *Id.*

Accordingly, the Court **GRANTS** the petition and **ORDERS** the following:

1. Respondents are **ORDERED** to immediately release Petitioner from the Otay Mesa Detention Center.

2. Respondents are **ENJOINED** from re-detaining Petitioner unless there has been a change in circumstances that creates a reasonable likelihood of his removal in the reasonably foreseeable future.

3. Respondents are **ENJOINED** from re-detaining Petitioner under 8 U.S.C. 1231 until they have obtained valid travel documents necessary for Petitioner's removal.

4. Respondents are further **ENJOINED** from re-detaining Petitioner unless and until they follow the procedural safeguards set forth in 8 C.F.R. §§ 241.4; 241.13.

5. Respondents are also **ENJOINED** from removing Petitioner to any country other than Afghanistan, without first following the procedures of 8 U.S.C. § 1231(b)(2).
   **IT IS SO ORDERED**.

Dated: March 16, 2026

Honorable Benjamin J. Cheeks
United States District Judge

2